UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SLEEPY'S, LLC,

                            Plaintiff,

                                        **ORDER**
        -against-                            CV 07-4108 (TCP)(ARL)

SELECT COMFORT WHOLESALE CORP.,

                            Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's letter application dated April 20, 2009, seeking to compel the plaintiff to produce documents withheld on the basis of the attorney-client and/or work-product privilege. The court cannot resolve the motion on the papers before it. Accordingly, by May 5, 2009, the defendant is to provide the court with a document that identifies the people listed on its privilege log and their position or relationship to the company. The defendant shall also provide the documents that have been withheld for *in camera* review. The court cannot resolve the parties' dispute concerning whether the documents were issued for the purpose of legal advice without reviewing the documents.

Dated:  Central Islip, New York                     **SO ORDERED:**
         April 28, 2008                              _____/s/_____
                                                             ARLENE R. LINDSAY
                                                              United States Magistrate Judge