UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLEEPY'S, LLC,<br><br>                             Plaintiff,<br><br>- against -<br><br>SELECT COMFORT WHOLESALE CORPORATION, SELECT COMFORT RETAIL CORPORATION and SELECT COMFORT CORPORATION,<br><br>                             Defendants. | Civil Action No.<br><br>07 CV 4018 (Platt, J.)(Lindsay M.J.)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that upon the Memorandum & Order of Special Master Stephen G. Crane, dated February 27, 2012 (Docket No. 687), Defendant's Motion to Adopt and Modify the Special Master's Memorandum & Order on Defendant's Motion to Exclude Testimony and Evidence Regarding Plaintiff's Shop Reports, and all prior pleadings and proceedings had herein, Defendants Select Comfort Wholesale Corporation, Select Comfort Retail Corporation, and Select Comfort Corporation move this Court for an Order Modifying and Adopting the Special Master's Memorandum & Order on Defendant's Motion to Adopt and Modify the Special Master's Memorandum & Order on Defendant's Motion to Exclude Testimony and Evidence Regarding Plaintiff's Shop Reports, dated February 27, 2012, ruling on Defendant's Motion to Exclude Testimony and Evidence Regarding Plaintiff's Shop Reports, and granting such other and further relief as this Court may deem just and proper.

Date:  March 5, 2012         **OPPENHEIMER WOLFF & DONNELLY LLP**

By: s/ Andrew S. Hansen
Andrew S. Hansen  (AH 6788)

Andrew S. Hansen  (AH 6788)
Heidi A.O. Fisher (HF 6782)
Joseph S. Miller (JM 8570)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota  55402
Telephone:  (612) 607-7000
Facsimile:    (612) 607-7100
E-Mail:  *ahansen@oppenheimer.com*
            *hfisher@oppeneheimer.com*
            *jmiller@oppenheimr.com*

**OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP**
Herbert C. Ross, Jr. (HR 8482)
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: (212) 451-2300

*Attorneys for Defendants Select Comfort Wholesale Corporation, Select Comfort Retail Corporation, and Select Comfort Corporation*

2

2927345  v.1