UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLEEPY'S, LLC,<br><br>                          Plaintiff,<br><br>- against -<br><br>SELECT COMFORT WHOLESALE CORPORATION, SELECT COMFORT RETAIL CORPORATION and SELECT COMFORT CORPORATION,<br><br>                          Defendants. | Civil Action No.<br><br>07 CV 4018 (Platt, J.)(Lindsay M.J.)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ADOPT AND MODIFY THE SPECIAL MASTER'S MEMORANDUM & ORDER ON DEFENDANT'S MOTION TO EXCLUDE TESTIMONY AND EVIDENCE REGARDING PLAINTIFF'S SHOP REPORTS** |

Having considered the moving papers and documents in the record, the Court finds that Plaintiff's shop reports are inherently untrustworthy and will improperly suggest testimony to witnesses before any foundation has been laid to show that the written statements are actually those of the testifying witness.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Adopt and Modify the Special Master's Memorandum & Order on Defendant's Motion to Exclude Testimony and Evidence Regarding Plaintiff's Shop Reports is GRANTED.

2. The Special Master's Order on Defendant's Motion to Exclude Testimony and Evidence Regarding Plaintiff's Shop Reports is hereby modified to state that Plaintiff is precluded from using the shop reports to prepare witnesses for trial or to refresh witnesses' memories when testifying without first establishing at trial that the shop reports are the prior writings of those witnesses.

3. The Special Master's Order on Defendant's Motion to Exclude Testimony and Evidence Regarding Plaintiff's Shop Reports is adopted as modified.

                                                                           _____
                                                                           The Honorable Thomas C. Platt