

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
SLEEPY'S LLC,

               Plaintiff,

- against -

SELECT COMFORT WHOLESALE
CORPORATION, SELECT COMFORT
RETAIL CORPORATION, and SELECT
COMFORT CORPORATION,

               Defendants.
-----------------------------------------------------X

ORDER
07-CV-4018 (TCP) (ARL)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  MAR 12 2012  ★

LONG ISLAND OFFICE

PLATT, District Judge.

Before the Court is Plaintiff's Motion (ECF No. 721) for Reconsideration of this Court's Order (ECF No. 703). On motions for reconsideration, "[c]ourts have adopted [a] strict standard to prevent litigants from making repetitive arguments on issues that already have been considered by the court or from offering new arguments on a motion the court has already decided." *Dollar Phone Corp. v. St. Paul Fire & Marine Ins. Co.*, No. CV-09-1640, 2010 WL 2541372, at *1 (E.D.N.Y. June 17, 2010) (citing *Hayles v. Advanced Travel Management Corp.*, No. 01 Civ. 10017, 2004 WL 117597, at *1 (S.D.N.Y. Jan.26, 2004)).

The Court drafted the Order on March 2, 2012; after considering the parties' arguments at the March 5, 2012 hearing, the Court filed its Order. Plaintiff's argument failed to persuade the Court (as Plaintiff's argument failed to persuade the Special Master). The Court **DENIES** Plaintiff's motion.

**SO ORDERED.**

Dated: March 12, 2012
       Central Islip, New York

/s/ Thomas C. Platt
_____
Thomas C. Platt, U.S.D.J.