**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

SLEEPY'S LLC,

        Plaintiff,

  - against -

SELECT COMFORT WHOLESALE
CORPORATION, SELECT COMFORT
RETAIL CORPORATION and SELECT
COMFORT CORPORATION,

        Defendants.

------------------------------------------------------------X

**JUDGMENT**
CV-07-4018 (TCP)

      A Memorandum and Order of Honorable Thomas C. Platt, United States District Judge, having been filed on September 26, 2012, granting in part and denying in part Defendants' Motion for Judgment as a Matter of Law, finding in favor of Defendants as to the surviving claims, and dismissing Plaintiff's case, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Defendants' Motion for Judgment as a Matter of Law is granted in part and denied in part; that the Court finds in favor of Defendants as to the surviving claims; and that Plaintiff's case is dismissed.

Dated: Central Islip, New York
         September 28, 2012

                                                               DOUGLAS C. PALMER
                                                               CLERK OF THE COURT

                                                    By:   /s/ Catherine Vukovich
                                                                   Deputy Clerk